DONALD H. McCANN, Respondent, v. JOHN I. MANGE and Others, Defendants, Impleaded with GENERAL GAS AND ELECTRIC CORPORATION, Appearing Specially, Appellant.— Order denying defendant's motions to set aside service of summons unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GRACE E. JONES, Appellant, v. NORTON RETAIL STORES, INC., Respondent, Impleaded with Another.— Order granting defendant's motion for judgment dismissing the complaint for failure to prosecute reversed and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Glennon, J., dissent and vote for affirmance.

In the Matter of Proving the Last Will and Testament of JOHN R. GREEN, Deceased. BANKERS TRUST COMPANY, Respondent, BERTHE RANDON, Appellant, JANE GREEN CARROTT and Others, Respondents.— Orders denying motions to open default and vacate decree admitting will to probate unanimously affirmed, with twenty dollars costs and disbursements to the respondents appearing on this appeal, payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., takes no part.

In the Matter of Supplementary Proceedings: RALPH J. CEBRIAN, Judgment Creditor, Appellant, v. CORNELIUS VANDERBILT, JR., Judgment Debtor, Respondent, THE McCALL COMPANY, Third Party, Respondent, ART GRAVURE CORPORATION, Impleaded Party, Respondent.— Orders denying judgment creditor's motion to direct third party to pay out certain sums of money to said judgment creditor, and granting motion of judgment debtor to vacate third party order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HANNAH ALBERT, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent, and Another.— Order denying plaintiff's motion to direct the calendar clerk, Bronx county, to place action on the ready calendar for trial for June 25, 1935, unanimously affirmed, with twenty dollars costs and disbursements. The cause of action is not on contract within the meaning of the rule.* Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FREDERIC R. HARRIS, INC., Respondent, for a Mandamus Order against FRANK J. TAYLOR, as Comptroller of the City of New York, and Another, Appellants.— Order granting petitioner's motion for a peremptory order of mandamus unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FREDERICK L. MILLER, on Behalf of Himself and All Other Persons Similarly Situated, Appellant, v. SETAY COMPANY, INC., and Others, Respondents, Impleaded with Others.— Order denying plaintiff's motion for examination before trial unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

---

* See Sup. Ct. Rules, 1st Dist. Bronx Co. rule 4, subd. 1.— [REP.